## MEMO ENDORSED
### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK (SDNY)

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 24 AM 10: 26

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-5-21

**VIKRAM DATTA**
**PETITIONER.**

V.     Case# 1:11-MJ-108; 1:11-CR-0102; 1:11-CR-0102-1 (LAK); 14-cv-8653(LAK): 1:20-cv-02330-LAK.

**UNITED STATES OF AMERICA**
**RESPONDENT.**

---

SECTION 5 U.S.C. 552 (a) MOTION TO CLARIFY AND PROVIDE THE HARD COPY OF THE COUNTS/INDICTMENT WITH CASE NUMBER IN WHICH IMPRISONMENT AND FORFEITURE ORDERS WERE IMPOSED IN SENTENCING ON VIKRAM DATTA ON 1/20/2012.

---

### TO THE HONORABLE COURT:

COMES NOW, I, VIKRAM DATTA, prose, hereafter 'PETITIONER' moves the Honorable Court with this 'Section 5 U.S.C 552(a) Motion To Clarify and provide the hard copy of the Counts/Indictment with Case Number in which Imprisonment, and Forfeiture Orders were Imposed in Sentencing on Vikram Datta on 1/20/2012. Petitioner does not know in which counts/indictments from which case number, the Imprisonment and Forfeiture orders for $40,000,000 in Count One, and $29,505,265 in Counts Two and Three were imposed on to him. Petitioner respectfully states following in support:

### PRELIMINARY STATEMENT

Petitioner respectfully requests the Honorable Court to construe prose pleadings of petitioner liberally. Please see Harris v. Mills, 572 F.3d 66, 72 (2d Cir. 2009), Walker v. Schultz, 727 F. 3d 119 (2nd Cr. 2013), Estelle v. Gamble 429 US 97, 98 (1976), and interpret them to raise the "strongest [claims]

---

*[Handwritten endorsement:]* As this Court noted on 8/5/21, defendant may request copies of publicly available documents from the Clerk upon payment of any required fees. The Court declines jurisdiction to grant any relief under 5 USC §552 on the captioned matters. SO ORDERED. Denied.

Lewis A. Kaplan, USDJ
10/5/21