IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YOK (SDNY)

MEMO ENDORSED

RECEIVED
OCT -2 2023
S.D.N.Y.

UNITED STATES OF AMERICA

V.            CASE: 11-cr-0102; 11-cr-0102-LAK; 14-cv-8653-(LAK)

VIKRAM DATTA

DEFENDANT

---

## MOTION FOR COMPASSIONATE RELEASE

---

VIKRAM DATTA, prose
USM # 64542054
7512 Delfina Drive
Laredo, TX. 78041

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-2023

<u>Memorandum Endorsement</u>     <u>United States v. Datta, 11-cr-0102 (LAK), 14-cv-8653 (LAK)</u>

The motion for compassionate release is denied.

First, movant has not demonstrated the exhaustion of his administrative remedies.

Second, there has been no demonstration of extraordinary and compelling circumstances.

Third, in all of the circumstances, including movant's repeated, frivolous attacks on his conviction, the Court, upon consideration of the 3553(a) factors, would deny compassionate release in the exercise of its discretion.

SO ORDERED.

Dated:     October 2, 2023

_____
Lewis A. Kaplan
United States District Judge