```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
VIKRAM DATTA,

                Petitioner,

    -against-

               11-cr-0102 (LAK)
               14-cv-8653 (LAK)
               20-cv-2330 (LAK)

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On June 5, 2024, the Court received Petitioner's *pro se* "Motion for Relief Pursuant to Federal R. Civil Procedure Rule 60(b)."[1] The government shall respond by October 11, 2024. Petitioner's reply, if any, shall be filed by November 12, 2024.

        SO ORDERED.

Dated:    June 11, 2024

                                                      Lewis A. Kaplan
                                            United States District Judge

---

[1] 11-cr-00102, Dkt 244.