IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YOK (SDNY)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-25

VIKRAM DATTA
PETITIONER

**MEMO ENDORSED**

V.   CASE#s: 11-cr-0102; 11-cr-0578 (VM/LAK); 11-CR-0102(LAK);

11-cr-0102-LAK-1; 1:09-CR-949-02 (LAK), 14-cv-8653-LAK & 14-cv-8653

UNITED STATES OF AMERICA
RESPONDENT

---

MOTION FOR CLARIFICATION & INFORMATION FOR THE MONEY LAUNDERING OFFENSE FOR CONVICTION OF FELONIES

---

VIKRAM DATTA, prose
USM # 64542054
7512 Delfina Drive
Laredo, TX. 78041

<u>Memorandum Endorsement</u> <u>United States v. Datta, 11-cr-0102 (LAK), 14-cv-8653 (LAK) et ano.</u>

There is no proper legal or factual basis for this frivolous motion as has been true of several other previous applications.

Fed. R. Civ. P. 11(b) provides in relevant part:

"By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an . . . **unrepresented party** certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

\* \* \*

"(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

"(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery". (Emphasis added)

Rule 11(c)(1) further provides in relevant part that "[i]f, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any . . . **party** that violated the rule or is responsible for the violation." (Emphasis added) And it is well established that "Rule 11 . . . appl[ies] to anyone who signs a pleading, motion or other paper.' [citations omitted] Status as a pro se litigant may be taken into account, but **sanctions can be imposed for any suit that is frivolous**." *Vukadinovich v. McCarthy*, 901 F.2d 1439, 1445 (1990) (emphasis supplied).

**The defendant should consider this order fair warning that any further filings in violation of Rule 11(b) may result in the imposition of substantial sanctions.**

Defendant's motion is DENIED. The Clerk shall mail a copy of this order to the defendant and note the mailing on the docket sheet.

SO ORDERED.

Dated:   February 17, 2025

_____
Lewis A. Kaplan
United States District Judge